ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 10:57 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00027-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 10:57:07 AM
CHRISTOPHER A. PRINE
Clerk

**NICHOLAS KREINES, DAVID P. RYAN, LIBERTY MINERAL PARTNERS LLC, NAK RESOURCES INC, AND CGR OIL AND GAS, LLC**,
*Appellants*,

v.

**ES3 MINERALS, LLC**,
*Appellee.*

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Nicholas Kreines ("Kreines"), David P. Ryan ("Ryan"), Liberty Mineral Partners LLC ("LMP"), NAK Resources Inc. ("NAK"), and CGR Oil and Gas, LLC ("CGR," and all together, the "Appellants") file this Motion for Extension of Time to File Appellants' Reply Brief.

1.     Appellants' Reply Brief is currently due on or before August 12, 2025.

2.     Appellants seek a 20-day extension of time to file their reply brief, which would make the brief due on or before September 1, 2025.

3.     This extension of time is necessary due to other conflicting deadlines and scheduling challenges. Specifically, counsel for Appellants

has a number of upcoming appellate deadlines and scheduled vacation that impact the current briefing deadline for their reply brief.

4. In addition to the pending appellate deadlines, counsel for Appellants has a series of 17 depositions that are scheduled to occur over the following three weeks beginning on August 1 in *ES3 Minerals, LLC v. Nicholas Kreines, et al.*, Cause No. 24-BC03B-0005 (Third Division of the Texas Business Court).

5. Finally, pursuant to the vacation letter filed on April 1, 2025, lead counsel for Appellants was out of the country July 4–27, 2025.

6. Counsel for Appellants has conferred with counsel for Appellee and Appellee does not oppose this motion to extend time.

7. This is the second extension of time appellants have sought for filing their Reply Brief. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare a reply brief that will protect the interests of Appellants and be helpful to the Court.

For these reasons, Appellants request that this Court grant Appellants' Motion for Extension of Time to File Appellants' Reply Brief, so that the reply brief will be due on or before September 1, 2025. Appellants also request any other relief to which they may be entitled.

Respectfully submitted,

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800 Phone
(512) 472-0532 Facsimile

By:     */s/  James F. Parker*
        JAMES F. PARKER
        State Bar No. 24027591
        jparker@lglawfirm.com
        GABRIELLE C. SMITH
        State Bar No. 24093172
        gsmith@lglawfirm.com
        SYDNEY P. SADLER
        State Bar No. 24117905
        ssadler@lglawfirm.com
        NATHAN MARROQUIN
        State Bar No. 24137008
        nmarroquin@lglawfirm.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellee, Ryan Clinton and Liane Weatherford Schmelzer, on July 31, 2025. Ms. Schmelzer informed me that Appellee does not oppose an extension of time for Appellants to file their reply brief.

/s/ James F. Parker
James F. Parker

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following attorneys of record via the Court's electronic filing case management system and electronic mail on this 4th day of August, 2025.

Ryan Clinton
rdclinton@dgclaw.com
Laine Weatherford Schmelzer
lwschmelzer@dgclaw.com
DAVIS GERALD & CREMER, PC
515 Congress Ave, Suite 1510
Austin, Texas 78701

Michael D. Marin
mmarin@boulettegolden.com
Steven Garrett
steven@boulettegolden.com
Tori B. Bell
tori@boulettegolden.com
BOULETTE GOLDEN & MARIN L.L.P.
2700 Via Fortuna, Suite 250
Austin, TX 78746

**ATTORNEYS FOR APPELLEE**

/s/ James F. Parker
JAMES F. Parker

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of James Parker
Bar No. 24027591
cdaniels@lglawfirm.com
Envelope ID: 103925798
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File Reply Brief
Status as of 8/4/2025 11:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Clinton | | rdclinton@dgclaw.com | 8/4/2025 10:57:07 AM | SENT |
| Laine Weatherford Schmelzer | | lwschmelzer@dgclaw.com | 8/4/2025 10:57:07 AM | SENT |
| Kaycie Martinez | | kcmartinez@dgclaw.com | 8/4/2025 10:57:07 AM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 8/4/2025 10:57:07 AM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 8/4/2025 10:57:07 AM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 8/4/2025 10:57:07 AM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 8/4/2025 10:57:07 AM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 8/4/2025 10:57:07 AM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 8/4/2025 10:57:07 AM | SENT |